_____
Patrick M. Flatley
United States Bankruptcy Judge

Dated: Tuesday, March 10, 2015 11:19:58 AM

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| *In re*: | § | |
| | § | |
| SAMUEL CHRISTOPHER SELLARO, | § | CASE NO. 1:13-bk-315 |
| | § | |
| Debtor. | § | Chapter 13 |

## **O R D E R**

On March 9, 2015, a hearing was held in the above-styled bankruptcy case to consider the Motion to Withdraw as Counsel of Record filed by J. Douglas Crane. Upon consideration of the representations of the parties and for reasons fully stated on the record, the court does hereby

ORDER that the Motion to Withdraw as Counsel of Record is GRANTED. J. Douglas Crane is hereby permitted to withdraw as counsel for the Debtor, Samuel Christopher Sellaro, and is relieved of any further obligation on behalf of the Debtor. It is further

ORDERED that from the entry of this Order the Debtor will be acting as his own attorney until such time as he can obtain new counsel and the Clerk of Court is directed to send all correspondence, pleadings, notices or other paper to Samuel Christopher Sellaro, *pro se*, at 3397 University Avenue, Morgantown, West Virginia 26505.

ORDERED that the Debtor shall have 30 days from the entry of this Order to retain new counsel. Nothing herein shall relieve the Debtor of his obligations in the meantime to protect his interests in the case and the administration of the case shall proceed whether or not the Debtor ultimately retains new legal counsel. It is further

ORDERED that a telephonic hearing is scheduled for April 14, 2014, at 11:00 a.m. to consider Woda Properties of West Virginia, LLC's Motion for Declaration of Fraud and Request for Sanctions ("Motion for Sanctions"). In the meantime, the Debtor shall not be required to respond to Woda's Motion for Sanctions until further order of the court. To participate in the hearing parties are instructed to dial (877)848-7030 and provide Access Code 6500181 when prompted to do so. [i]

---

[i] If new counsel is retained in advance of the next hearing, the court may expedite the hearing to schedule a deadline for the filing of a response to the Motion for Sanctions.